UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **CIV-MARTINEZ 03-61328**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

A 1999 LINCOLN NAVIGATOR, VEHICLE
IDENTIFICATION NUMBER 5LMRU27A5XLJ41802,
FLORIDA PLATE A38-RFD,

MAGISTRATE JUDGE
**DUBÉ**

    Defendant.
_____/

## VERIFIED COMPLAINT OF FORFEITURE IN REM

The United States files this Verified Complaint of Forfeiture In Rem seeking forfeiture of the defendant vehicle, and alleges and states that:

1. This is a civil action for forfeiture in rem against a 1999 Lincoln Navigator, Vehicle Identification Number 5LMRU27A5XLJ41802, Florida Plate A38-RFD, described in the caption above.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §§1345 and 1355(a).

3. This Court has venue over the defendant vehicle pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant vehicle is forfeitable pursuant to Title 21 U.S.C. §§881(a)(6). as narcotics proceeds, moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation 21 U.S.C. §801 et seq., and all proceeds traceable to such an exchange, and all moneys,



negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. §801 et seq.

## BACKGROUND AND PROBABLE CAUSE

5. On November 4, 1999, DIEGO LEON MONTOYA SANCHEZ (Diego "Montoya"), and others, were indicted in <u>United States v. Diego Leon Montoya Sanchez, et. al.</u>, Case No. 99-804-CR-Middlebrooks, out of the Southern District of Florida for conspiracy to import cocaine and money laundering, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Sections 1956(a)(1)(i) and 1956(a)(1)(B)(i), respectively. Also included in the indictment were provisions for the forfeiture of property derived, directly or indirectly, from the proceeds of the illegal acts alleged in the indictment.

6. A Provisional Arrest Warrant for Diego Montoya has been in Colombia since May 2000. Montoya is currently aware of his status as a fugitive and the existence of his indictment in the Southern District of Florida. He is currently the subject of an intensive manhunt in Colombia.

7. The investigation on Diego Montoya shows that he has amassed a huge fortune through drug trafficking. Montoya has no other occupation and all his wealth has been obtained through drug trafficking.

8. Montoya is assisted by his two brothers, Juan Carlos and Eugenio Montoya Sanchez, among others, in the operation of his drug trafficking and money laundering organization. Montoya has attempted to conceal the source of his wealth by investing the proceeds of drug trafficking in vehicles, vessels, real estate and businesses related to agriculture, construction, and transportation.

9. The defendant property was purchased with the proceeds from Montoya's drug trafficking.

10. The defendant property, a 1999 Lincoln Navigator automobile, vehicle identification number 5LMRU27A5XLJ41802, Florida plate number A38-RFD, was purchased in Miami-Dade County for approximately $45,000.00 on September 9, 1999, in cash with proceeds from Montoya's drug business. This vehicle is registered in the name of Solangel Perez Ocampo[1], ex-wife of Montoya.

11. Perez Ocampo, does not have gainful employment in the United States, nor in Colombia, that would be sufficient to afford the purchase of the defendant vehicle, nor to secure her current lifestyle. Her major source of income is from the proceeds of Diego Montoya's drug trafficking.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant vehicle, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, pursuant to Rule C(6), Supplemental Rules of Certain Admiralty and Maritime Claims, and that this Court decree the condemnation and forfeiture of the defendant

---

[1] Ocampo is scheduled for sentencing on August 11, 2003, in the case of United States v. Solangel Perez Ocampo, Case No. 00CR292, out of the Northern District of New York (Albany), on charges of bribery of an immigration official. Shortly thereafter, she will be in deportation proceedings. She is represented by William Clay, Esq. See plea agreement attached as Exhibit One. Attorney Clay also represents Montoya. See license attached as Exhibit Two.

vehicle to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A5500074

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Paul H. Twehues, Special Agent for the Federal Bureau of Investigation, have read the foregoing Verified Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
PAUL H. TWEHUES
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

4

vehicle to the United States and that plaintiff have such other and further relief as may be just and proper.

        Respectively submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM H. BECKERLEG, JR.
        ASSISTANT U.S. ATTORNEY
        500 E. Broward Blvd., Suite 700
        Ft. Lauderdale, Florida 33394
        Tel: (954) 356-7314 ext. 3614
        Fax: (954) 356-7180
        Fla Bar No. A5500074

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Paul H. Twehues, Special Agent for the Federal Bureau of Investigation, have read the foregoing Verified Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
PAUL H. TWEHUES
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03-61328
CIV-MARTINEZ

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
A 1999 LINCOLN NAVIGATOR, VEHICLE IDENTIFICATION NUMBER 5LMRU27A5XLJ41802, FLORIDA PLATE A38-RFD

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE JUDGE
DUBÉ

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
WILLIAM H. BECKERLEG, JR
500 Broward Boulevard, 7th Floor
Ft. Lauderdale, Florida 33394
(954) 660-5655

ATTORNEYS (IF KNOWN)
William A. Clay, Esq.
11440 North Kendall Drive, Penthouse 400
Miami, FL 33176
Tel: (305) 595-0866

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   (BROWARD),   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | B 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | B☐ 640 R.R. & Truck | A PROPERTY RIGHTS | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | B☐ 660 Occupational Safety/Health | 830 Patent | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | B 690 Other | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B☐ 510 Motions to Vacate Sentence | | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 740 Railway Labor Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | B☐ 530 General | 790 Other Labor Litigation | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A☐ 535 Death Penalty | | A 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | B☐ 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
Title 21, United States Code, Section 881(a)(6)

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE Paul C. Huck   DOCKET NUMBER 03-60042-CIV-HUCK

DATE 6-8-3

SIGNATURE OF ATTORNEY OF RECORD
William H. Beckerleg, Jr.

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.